UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM J. BECKER,

                Plaintiff,

v.                                          Case No. 3:14-cv-104-J-34JBT

JULIE JONES, et al.,

                Defendants.

_____

**ORDER**

1.   Service of process as to Defendant Lourdes Nieves was returned unexecuted on June 17, 2016. Ms. Cynthia Little, the Special Appointee, provided the following information: "The Defendant is no longer employed at Lawtey Correctional." See Doc. 22. The Department of Corrections shall provide an address where Defendant Nieves can be served. If Defendant Nieves is no longer employed with the Florida Department of Corrections, the Department must notify the Court as to whether there is a forwarding address for the Defendant. If the forwarding address is confidential, the Florida Department of Corrections must provide the confidential address to the Court in camera **no later than August 3, 2016.**

2. The Clerk of Court must provide a copy of this Order to: Alexandria Williams, Assistant General Counsel for the Florida Department of Corrections.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of June, 2016.

*[signature: Joel B. Toomey]*
JOEL B. TOOMEY
United States Magistrate Judge

sc 6/28
c:
William J. Becker, #T69449
Alexandria Williams, Ass't General Counsel